1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY DOUGLAS STOVALL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ED GOLLA, *et al.*,<br><br>　　　　　Defendants. | Case No. C07-5072 FDB/KLS<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS |

　　　　This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B) and Local MJR 3 and 4.  Presently before the Court is Plaintiff's third motion to extend the time within which to respond to Defendants' motion to dismiss. (Dkt. # 32). Defendants have not filed any opposition to this latest requested extension.

　　　　Plaintiff was previously granted an extension of time to respond to Defendants' motion while he sought guidance with clerks at the Stafford Creek law library regarding deficiencies in his complaint. (Dkt. # 25 and 26).  Plaintiff was granted another extension to allow additional time to the inmate law clerk assisting Plaintiff in the preparation of his response.  (Dkt. # 31).  Plaintiff now alleges that OAS held up his request for copying and he has now been advised that the copying machine is broken.  (*Id.*).  Consequently, Plaintiff requires additional time to prepare carbon copies

ORDER - 1

1 of his response and he requests a thirty day extension of time, until September 24, 2007.

2       Accordingly, Plaintiff's request for an extension of time to respond to Defendants' motion to
3 dismiss is **GRANTED (Dkt. # 32).** Plaintiff's response shall be due no later than **September 24,**
4 **2007.  There shall be no further extensions of this deadline.** Defendants may file a reply no later
5 than **October 5, 2007.** The Clerk of the Court is directed to re-note Defendants' motion to dismiss
6 (Dkt. # 21) on the Court's calendar for **October 5, 2007.**

7       The Clerk is directed to send copies of this order to Plaintiff and counsel for Defendants.

9       DATED this  20th  day of September, 2007.

12
13                                        Karen L. Strombom
                                       United States Magistrate Judge

26 ORDER - 2