UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY DOUGLAS STOVALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ED GOLLA, *et al.*,<br><br>　　　　Defendants. | Case No. C07-5072 FDB/KLS<br><br>ORDER DENYING MOTION TO STAY PROCEEDINGS |

Presently before the Court is Plaintiff's motion and affidavit requesting a stay of these proceedings until after his release from custody in February 22, 2008. (Dkt. # 34). Plaintiff maintains that the stay is necessary as he is not being provided sufficient carbon paper. (*Id*.). For the reasons set forth below, Plaintiff's motion shall be denied.

**DISCUSSION**

On May 14, 2007 Defendants filed their motion to dismiss, alleging that Plaintiff's complaint should be dismissed because Plaintiff failed to exhaust his administrative remedies, failed to state a claim, and that the Defendants are entitled to sovereign and qualified immunity. (Dkt. # 21). On May 30, 2007, Plaintiff requested a continuance claiming that the DOC had refused to make timely copies of "several pleadings" on May 29, 2007. (Dkt. # 22). On June 7, 2007, Plaintiff filed a second request for continuance, requesting an additional 21 days. (Dkt. # 23).

ORDER - 1

Plaintiff claimed that on June 4, 2007 he had his legal pleadings reviewed and he needed extra time to correct defects in his pleadings. (*Id.*).  The Court granted the request for a continuance, giving Plaintiff until July 23, 2007 to file his response.  (Dkt. # 26).

On July 23, 2007, Plaintiff filed another request for continuance.  (Dkt. # 28).  With this request, Plaintiff submitted a declaration of an inmate law clerk, who stated that he was willing to help Mr. Stovall amend his complaint and respond to the Defendants' motion to dismiss, if Mr. Stovall was granted another 30 day extension.  (Dkt. # 29).  The Court granted this continuance and gave Plaintiff until August 24, 2007 to file his response.  (Dkt. # 31).

Plaintiff did not file a response on August 24, 2007.  On August 29, 2007, Plaintiff filed another request for continuance claiming he needed more time to get copies made and file his response, a motion to amend, and an amended complaint. (Dkt. # 32).  The Court granted Plaintiff an additional extension until September 24, 2007 to file his response.  (Dkt. # 33).  In granting this last continuance, the Court stated "[**t**]**here shall be no further extensions of this deadline."** (*Id.*) (emphasis in original.)

On September 21, 2007, Plaintiff filed a Motion and Affidavit Requesting an Order to Stay the Proceedings until February 22, 2008. (Dkt. # 34).  In his Motion, Plaintiff asserts that he is not being provided sufficient carbon paper and therefore, would like the Court to stay the matter until he is released in early 2008. (*Id.*).

Defendants argue that Plaintiff is not entitled to yet another continuance as there are no set of facts that Plaintiff could present to support his claim of violation of access to the Courts, and Plaintiff has not been deprived of copies or carbon paper.  In support, Defendants provide the Declarations of Jada Pollock, Office Assistant Secretary, Warren Pratt, Supervisor of Offender Store, and Seri Izatt, Administrative Assistant.  (Dkt. # 36, Exh. 1-3).  Because the Court agrees that

ORDER - 2

Plaintiff has had ample time to submit his response, it does not find it necessary to analyze the merits of Plaintiff's claims.

Under DOC policy, Plaintiff has the ability to obtain copies through his classification counselor. (Dkt. # 36, Exh. 1). He also has the ability to purchase 10 sheets of carbon paper for .94¢ from the offender store, or can receive free carbon paper from the law library one piece at a time. (*Id.*, Exh. 2; Exh. 3). Plaintiff has access to carbon paper, and has not been denied the ability to obtain legal copies. (*Id.*, Exhs. 1-3).

Plaintiff has claimed that he has been unable to make copies of documents and therefore, has needed more time to file his response. (*See, e.g.,* Dkt. # 22, 23, 28, 32 and 34). The foregoing declarations indicate, however that Plaintiff has access to carbon paper and has not been denied the ability to obtain legal copies. Although Plaintiff makes vague references to staff misconduct and to undated incidents when he was unable to make copies or obtain carbon copies (*see* Dkt. # 38), Plaintiff has, nonetheless, been able to generate and file seven separate pleadings requesting additional time to file his response in this matter. (*See* Dkt. # 35; 34; 32; 28; 27, 23, 22).

In addition, Plaintiff was given over three months' extension to respond to Defendants' motion to dismiss. The Court finds that he has been given ample opportunity to prepare and submit his response.

Accordingly, Plaintiff's request for a stay (Dkt. # 34) is **DENIED**. The Clerk is directed to send copies of this order to Plaintiff and counsel for Defendants.

DATED this  20th  day of November, 2007.

Karen L. Strombom
United States Magistrate Judge

ORDER - 3